UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:17-CV-81341-ROSENBERG/HOPKINS

ANTHONY FRALLICCIARDI,

 Plaintiff,

v.

LENA VILLAS LLC,

 Defendant.
_____/

## ORDER DISMISSING PLAINTIFF'S CLAIMS WITH PREJUDICE

This cause is before the Court on Plaintiff's Emergency Complaint to Stay Lower Court Order [DE 1]. For the reasons set forth below, Plaintiff's Complaint is dismissed with prejudice.

Plaintiff was the defendant in a state court eviction action initiated on August 23, 2017. *See Lena Villas LLC v. Fralliccardi*, No. 502017CC009104MB (Fla. Palm Beach County Ct.). Final judgment was entered against Plaintiff Frallicciardi on November 22, 2017. *See id.* at docket entry 19. Plaintiff filed several emergency motions following the entry of final judgment, which the Palm Beach County Court denied.

Federal review of state-court judgments may only occur in the United States Supreme Court. 28 U.S.C. § 1257(a); *see also Figueroa v. Merscorp, Inc.*, 766 F. Supp. 2d 1305 (S.D. Fla. 2011) (considering a case with analogous arguments). The *Rooker-Feldman* doctrine encapsulates and delineates the rule that district courts may not review final state-court judgments. *Casale v. Tillman*, 558 F.3d 1258, 1260 (11th Cir. 2009). Therefore, this Court lacks jurisdiction to review final state-court judgments.

Here, Plaintiff has filed an Emergency Complaint asking this Court to review the state

1

court order. DE 1. This is directly asking this Court to review a state court decision, which it lacks jurisdiction to do. *See Casale*, 558 F.3d at 1260.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. Plaintiff's Emergency Complaint [1] is **DISMISSED WITH PREJUDICE**.

2. All other pending motions are **DENIED AS MOOT**.

3. All pending deadlines and hearings are **TERMINATED**.

4. The Clerk of the Court is directed to **CLOSE THIS CASE**.

**DONE AND ORDERED** in Chambers in Fort Pierce, Florida this 13th day of December, 2017.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to: All counsel of record via CM/ECF